Talley E. McIntyre (Bar No. 203131)
 tmcintyre@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center
18th Floor
San Francisco, California 94111-3600
Phone: 415-984-8200
Fax: 415-984-8300

*Co-Counsel*:
(not yet admitted *pro hac vice*)
Richard D. Rochford
 rrochford@nixonpeabody.com
Michael F. Orman
 morman@nixonpeabody.com
Kristen M. Walsh
 kwalsh@nixonpeabody.com
NIXON PEABODY LLP
1100 Clinton Square
Rochester, New York 14604-1792
Phone: 585-263-1000
Fax: 585-263-1600

Attorneys for Plaintiff
BANFI PRODUCTS CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANFI PRODUCTS CORPORATION,<br><br>             Plaintiff,<br><br>     vs.<br><br>GNEKOW FAMILY WINERY, LLC,<br><br>             Defendant. | **Case No. 2:08-CV-01796-MCE-KJM**<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE JOINT STATUS REPORT**<br><br><br>Complaint Filed:  August 1, 2008 |

Plaintiff Banfi Products Corporation ("Plaintiff") and Defendant Gnekow Family Winery, LLC ("Defendant") hereby stipulate and agree, either personally or through their counsel of record, as follows:

PDF created with pdfFactory trial version www.pdffactory.com

On August 1, 2008, Plaintiff filed an Original Complaint, and subsequently served Defendant on August 8, 2008. On August 27, 2008, pursuant to Civil L. R. 6-144(a), Plaintiff and Defendant stipulated to a thirty (30) day extension of time for Defendant to answer or otherwise respond to Plaintiff's original Complaint, which extended the deadline to September 29, 2008.

Pursuant to the Court's Order of August 4, 2008 and F.R.C.P. 26(f), the Joint Status Report is due October 7, 2008. Because Defendant is still in the process of retaining counsel, the parties request a 45-day extension to file their Joint Status Report, which would continue the due date for submission of the Joint Status Report to November 21, 2008.

In addition, since the Defendant's response to the Complaint is now due September 29, 2008, the parties request that the F.R.C.P. 26(a)(1) requirement to provide initial disclosures be put off until after an Answer or other response has been filed. The parties therefore request a 30-day extension of time for all parties to provide their initial disclosures under F.R.C.P. 26(a)(1) to October 30, 2008.

**IT IS SO STIPULATED.**

DATED: September ___, 2008              Respectfully submitted,

                                        NIXON PEABODY LLP


                                        By: _____
                                            Talley E. McIntyre
                                            Attorneys for Plaintiff, BANFI
                                            PRODUCTS CORPORATION


DATED: September ___, 2008              Respectfully submitted,

                                        GNEKOW FAMILY WINERY, LLP


                                        By: _____
                                            Rudy Gnekow
                                            On Behalf of Defendant
                                            GNEKOW FAMILY WINERY, LLP

-2-

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Plaintiff and Defendant stipulate to a 45-day extension to file their Joint Status Report from October 7, 2008 to November 21, 2008.  Plaintiff and Defendant stipulate to a 30-day extension for both parties to provide their initial disclosures under F.R.C.P. 26(a)(1) to October 30, 2008.

IT IS SO ORDERED.

DATED: September 18, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-3-

PDF created with pdfFactory trial version www.pdffactory.com