1 | Talley E. McIntyre (Bar No. 203131)
    tmcintyre@nixonpeabody.com
2 | NIXON PEABODY LLP
    One Embarcadero Center, 18th Floor
3 | San Francisco, California 94111-3600
    Phone: 415-984-8200
4 | Fax: 415-984-8300

*Co-Counsel*:
(not yet admitted *pro hac vice*)
Richard D. Rochford
  rrochford@nixonpeabody.com
Michael F. Orman
  morman@nixonpeabody.com
Kristen M. Walsh
  kwalsh@nixonpeabody.com
NIXON PEABODY LLP
1100 Clinton Square
Rochester, New York 14604-1792
Phone: 585-263-1000
Fax: 585-263-1600

Attorneys for Plaintiff
BANFI PRODUCTS CORPORATION

Lisa Blanco Jimenez (Bar No. 234671)
  ljimenez@neumiller.com
NEUMILLER & BEARDSLEE
Post Office Box 20
509 West Weber Avenue, 5th Floor
Stockton, California 95201-3020
Phone: (209) 948-8200
Fax: (209) 948-4910

Attorneys for Defendant
GNEKOW FAMILY WINERY, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANFI PRODUCTS CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>GNEKOW FAMILY WINERY, LLC,<br><br>　　　　　　　　Defendant. | Case No. 2:08-CV-01796-MCE-KJM<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271**<br><br>Complaint Filed: 8/1/08<br>Amended Complaint Filed: 10/29/08 |

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program. The parties have reported the required information under Local Rule 16-271(d) and (i) in their Joint Status Report.

**SIGNATURE AND CERTIFICATION BY PARTIES AND COUNSEL**

Lisa Blanco Jimenez, counsel for Defendant Gnekow Family Winery, LLC, has authorized counsel for Plaintiff to sign this Stipulation on her behalf.

DATED:  November 18, 2008

Respectfully submitted,

NIXON PEABODY LLP

By:  /s/  Talley E. McIntyre
Talley E. McIntyre
Attorneys for Plaintiff
BANFI PRODUCTS CORPORATION

DATED:  November 18, 2008

Respectfully submitted,

NEUMILLER & BEARDSLEE

By:  /s/ Lisa Blanco Jimenez
Lisa Blanco Jimenez
Attorneys for Defendant
GNEKOW FAMILY WINERY, LLC

**ORDER**

The parties herein agree to submit the above-entitled action to the Voluntary Dispute Resolution Program pursuant to Local Rule 16-271.

IT IS SO ORDERED.

DATED: December 16, 2008

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com