Talley E. McIntyre (Bar No. 203131)
  tmcintyre@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Phone: 415-984-8200
Fax: 415-984-8300

*Co-Counsel*:
(not yet admitted *pro hac vice*)
Richard D. Rochford
  rrochford@nixonpeabody.com
Michael F. Orman
  morman@nixonpeabody.com
Kristen M. Walsh
  kwalsh@nixonpeabody.com
NIXON PEABODY LLP
1100 Clinton Square
Rochester, New York 14604-1792
Phone: 585-263-1000
Fax: 585-263-1600

Attorneys for Plaintiff
BANFI PRODUCTS CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANFI PRODUCTS CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>GNEKOW FAMILY WINERY, LLC,<br><br>    Defendant. | Case No. 2:08-CV-01796-MCE-KJM<br><br>**SEALING ORDER FOR SETTLEMENT AGREEMENT**<br><br>Complaint Filed: 8/1/08<br>Amended Complaint Filed: 10/29/08 |

  The parties, Plaintiff BANFI PRODUCTS CORPORATION and Defendant GNEKOW FAMILY WINERY, LLC, having executed a Settlement Agreement in the above-captioned action, and pursuant to the Stipulation for Dismissal Without Prejudice on file with this Court,

---

SEALING ORDER FOR SETTLEMENT AGREEMENT
CASE NO. 2:08-CV-01796-MCE-KJM

12502722.1

PDF created with pdfFactory trial version www.pdffactory.com

1   IT IS HEREBY ORDERED that, pursuant to Civil Local Rule 39-141(a), the Settlement
2   Agreement shall be filed under seal by this Court and shall not be open to examination by the public
3   until further Order of this Court.

DATED: April 16, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-2-
[PROPOSED] SEALING ORDER FOR SETTLEMENT AGREEMENT
CASE NO. 2:08-CV-01796-MCE-KJM
12502722.1