Talley E. McIntyre (Bar No. 203131)
 tmcintyre@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Phone: 415-984-8200
Fax: 415-984-8300

*Co-Counsel*:
(not yet admitted *pro hac vice*)
Richard D. Rochford
 rrochford@nixonpeabody.com
Michael F. Orman
 morman@nixonpeabody.com
Kristen M. Walsh
 kwalsh@nixonpeabody.com
NIXON PEABODY LLP
1100 Clinton Square
Rochester, New York 14604-1792
Phone: 585-263-1000
Fax: 585-263-1600

Attorneys for Plaintiff
BANFI PRODUCTS CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANFI PRODUCTS CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>GNEKOW FAMILY WINERY, LLC,<br><br>　　　　　　　　Defendant. | Case No. 2:08-CV-01796-MCE-KJM<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1) AND ORDER TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT [FILED UNDER SEAL]**<br><br>Complaint Filed:　8/1/08<br>Amended Complaint Filed:　10/29/08 |

IT IS HEREBY STIPULATED by and between Plaintiff BANFI PRODUCTS CORPORATION and Defendant GNEKOW FAMILY WINERY, LLC as follows:

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to a separate Settlement Agreement and Release executed by the parties, the above-captioned action, including all claims, counterclaims, and affirmative defenses, by the parties herein, shall be dismissed without prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees, expenses and costs of suit.

In accordance with Local Rule 16-271(o), this Stipulation for Dismissal is filed in lieu of the parties' Joint Voluntary Dispute Resolution Program Completion Report.

The parties request that the Court retain jurisdiction to enforce the Settlement Agreement between Plaintiff and Defendant, attached hereto as Exhibit A and which is being filed under seal, by issuing an Order that explicitly retains jurisdiction to enforce the Settlement Agreement and incorporates the terms of the Settlement Agreement pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-82 (1994). A Proposed Order accompanies this Stipulation.

IT IS SO STIPULATED.

**SIGNATURE AND CERTIFICATION BY PARTIES AND COUNSEL**

Lisa Blanco Jimenez, counsel for Defendant Gnekow Family Winery, LLC, has authorized counsel for Plaintiff to sign this Stipulation on her behalf.

DATED: April 9, 2009

Respectfully submitted,

NIXON PEABODY LLP

By: /s/ Talley E. McIntyre
    Talley E. McIntyre
    Attorneys for Plaintiff
    BANFI PRODUCTS CORPORATION

PDF created with pdfFactory trial version www.pdffactory.com

DATED: April 9, 2009					Respectfully submitted,

NEUMILLER & BEARDSLEE


By:  /s/ Lisa Blanco Jimenez
Lisa Blanco Jimenez
Attorneys for Defendant
GNEKOW FAMILY WINERY, LLC

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

Plaintiff BANFI PRODUCTS CORPORATION and Defendant GNEKOW FAMILY WINERY, LLC, having stipulated to a dismissal without prejudice pursuant to F.R.C.P. 41(a)(1), and having executed the Settlement Agreement stated herein, which Settlement Agreement is being filed under seal, the Court hereby retains jurisdiction to enforce the Settlement Agreement between Plaintiff and Defendant and incorporates the terms of the Settlement Agreement in said dismissal.

IT IS SO ORDERED.

Dated: April 16, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com

*Banfi Products Corporation v. Gnekow Family Winery, LLC*

*Case No. 2:08-CV-01796-MCE-KJM*

# EXHIBIT A

# SETTLEMENT AGREEMENT

# FILED UNDER SEAL

PDF created with pdfFactory trial version www.pdffactory.com